UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY STAIR,

    Plaintiff,                                  Civil Action No.
                                              11-CV-14645

vs.

                                             HON. MARK A. GOLDSMITH

DORSEY THORNTON
& ASSOCIATES, LLC,

    Defendant.
_____/

## **JUDGMENT**

Judgment is hereby entered against Defendant Dorsey Thornton & Associates, LLC, in the amount of $11,000.00.

SO ORDERED.

                                                             DAVID J. WEAVER
                                                             CLERK OF THE COURT


                                           By:   s/Deborah J. Goltz
Dated:  May 8, 2012                               DEPUTY COURT CLERK
         Flint, Michigan


Approved by:


s/Mark A. Goldsmith
HON. MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

1